# BRENDIA J. FORD
## 3617 Lanier Drive
## Baton Rouge, Louisiana

(225)365-2442

May 6, 2010

CERTIFIED RETURN RECEIPT REQUESTED
CERTIFICATE NO:70050390000016344710

Attorney Galen Brown
Hamilton, Brown and Babst L.L.C.
Pan American Life Center
601 Poydras Street – Suite 2730
New Orleans, Louisiana 70130

*RE: Winston K. McKesson v. Dr. Brendia Ford, United States District Court, Middle District of Louisiana, Case No. 10-194-JVP SCR*

Dear Mr. Brown:

On May 5, 2010, I received your certified correspondence that contained the "Order" dated March 31, 2010, from the Honorable Magistrate Judge Stephen C. Riedlinger. I will respond to you before June 10, 2010 in writing only and I am requesting that all your communication with me concerning the aforementioned case be in writing, please! I will also make sure that all my correspondence is certified with a request for certified mail from you.

Thanking you in advance for your immediate attention in this matter.

Sincerely,

Brendia Ford
Brendia Ford


EXHIBIT A